

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED 10 JAN 4 12:17 USDC-ORP

Plaintiff,

v.

Defendant.

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*

CASE NUMBER:

**CV'10 0004 PK**

I, CHRISTIAN J. SMITH, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for this proceeding or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:    ☒ Yes   ☐ No

   If "Yes" state the place of your incarceration. SNAKE RIVER CORR. INST. ONTARIO, ORE. 97914

   If "Yes" have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six months.

2. Are you currently employed?    ☒ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your pay. 26.00 A MONTH

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐Yes  ☒No
   b. Rent payments, interest, or dividends             ☐Yes  ☒No
   c. Pensions, annuities, or life insurance payments   ☐Yes  ☒No
   d. Disability or workers compensation payments       ☐Yes  ☒No
   e. Gifts or inheritances                             ☐Yes  ☒No
   f. Any other sources                                 ☐Yes  ☒No

   If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts, (including prison trust accounts)? CJS    ☒Yes  ☐No

   If "Yes" state the total amount: $10.60

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes  ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed. ∅

6. Do you have any other assets?   ☐ Yes  ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed. ∅

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NONE

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint or $5 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a) (to be codified at 28 U.S.C. § 1915(b)).

I declare under penalty of perjury that the above information is true and correct.

12-07-2009
DATE                                SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that the applicant named herein has the sum of $ *10.60* on account to his/her credit at Snake River Correctional Institution (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ *6.53*. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ *26.67*.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

12/11/09
DATE                                SIGNATURE OF AUTHORIZED OFFICER

T R U S T   A C C O U N T   S T A T E M E N T

DOC: 0012657771      Name: SMITH, CHRISTIAN JAMES                    DOB: 05/14/1982
LOCATION: SRCI-C2_E-2E04A

Max Date:

ACCOUNT BALANCES  Total:    10.60   CURRENT:   10.60    HOLD:        0.00

                              06/11/2009     12/11/2009
SUB ACCOUNT                  START BALANCE   END BALANCE
INMATE SPENDING ACCOUNT          36.24          10.60
RESERVE OPTICAL                   0.00           0.00

### DEBTS AND OBLIGATIONS

| TYPE  | PAYABLE                  | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|-------|--------------------------|-------------|--------------|-------------|
| COPA  | COPY ADVANCE             | 07312009    | 11.40        | 2.70        |
| FDISA | DISCIPLINARY FINES ADVANCE | 04112003  | 57.23        | 1,217.77    |
| OCICA | OCIC POSTAGE ADVANCE     | 01072003    | 0.00         | 32.27       |

TRANSACTION DESCRIPTIONS --           INMATE SPENDING   SUB-ACCOUNT
                                          ACCOUNT

| DATE       | TYPE  | TRANSACTION DESCRIPTION         | TRANSACTION AMT | BALANCE |
|------------|-------|---------------------------------|-----------------|---------|
| 06/22/2009 | CDR   | VAC                             | ( 25.00)        | 11.24   |
| 06/23/2009 | DEP   | KATHRYN SMITH                   | 30.00           | 41.24   |
| 06/23/2009 | DED   | Deduction-CLR-12172002 D        | ( 15.00)        | 26.24   |
| 06/23/2009 | CRS   | CRS SAL ORD #3152420SRCI        | ( 2.08)         | 24.16   |
| 06/23/2009 | DED   | Deduction-CLR-12172002 D        | 15.00           | 39.16   |
| 07/01/2009 | INT1  | Interest Distribution           | 0.03            | 39.19   |
| 07/06/2009 | CRS   | CRS SAL ORD #3164756SRCI        | ( 39.15)        | 0.04    |
| 07/16/2009 | DEP   | AUTUMN COKEI                    | 10.00           | 10.04   |
| 07/16/2009 | DED   | Deduction-CLR-12172002 D        | ( 5.00)         | 5.04    |
| 07/16/2009 | DED   | Deduction-CLR-12172002 D        | 5.00            | 10.04   |
| 07/20/2009 | CRS   | CRS SAL ORD #3185297SRCI        | ( 9.92)         | 0.12    |
| 07/31/2009 | COPA  | Copy Advance                    | 2.70            | 2.82    |
| 07/31/2009 | DED   | Deduction-COPA-07312009 D       | ( 0.12)         | 2.70    |
| 07/31/2009 | COP   | Copy Debt SRCI                  | ( 2.70)         | 0.00    |
| 08/19/2009 | FDISA | Disciplinary Fines Advance      | 100.00          | 100.00  |
| 08/19/2009 | FDIS  | Disciplinary Fines Debt/0908M041M05 | ( 100.00)   | 0.00    |
| 08/21/2009 | DEP   | AUTUMN COKEL                    | 10.00           | 10.00   |
| 08/21/2009 | DED   | Deduction-COPA-07312009 D       | ( 2.58)         | 7.42    |
| 08/21/2009 | DED   | Deduction-FDISA-04112003 D      | ( 2.42)         | 5.00    |
| 08/21/2009 | DED   | Deduction-CLR-12172002 D        | ( 5.00)         | 0.00    |
| 08/21/2009 | DED   | Deduction-CLR-12172002 D        | 5.00            | 5.00    |

CERTIFIED TO BE A TRUE COPY
SIGNED _C. Robert_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE 12/11/09

```
MOOREB                    OREGON DEPARTMENT OF CORRECTIONS              OTRTASTA
                          T R U S T   A C C O U N T   S T A T E M E N T

DOC:  0012657771    Name: SMITH, CHRISTIAN JAMES              DOB: 05/14/1982
LOCATION: SRCI-C2_E-2E04A
                                                    Max Date:

DATE          TYPE    TRANSACTION DESCRIPTION    TRANSACTION AMT         BALANCE
08/31/2009    DED     Deduction-FDISA-04112003 D      (    5.00)              0.00
09/08/2009    DED     Deduction-FDISA-04112003 D      (   20.00)        (    20.00)
09/08/2009    DED     Deduction-CLR-12172002 D        (   20.00)        (    40.00)
09/08/2009    DEP     KATHRYN A SMITH                     40.00              0.00
09/08/2009    DED     Deduction-CLR-12172002 D            20.00             20.00
09/16/2009    CRS     CRS SAL ORD #3265067SRCI        (   10.40)              9.60
09/28/2009    CRS     CRS SAL ORD #3280573SRCI        (    9.28)              0.32
09/30/2009    DED     Deduction-FDISA-04112003 D      (    0.32)              0.00
10/19/2009    DED     Deduction-FDISA-04112003 D      (   15.00)        (    15.00)
10/19/2009    DED     Deduction-CLR-12172002 D            15.00              0.00
10/19/2009    DEP     KATHRYN SMITH                       30.00             30.00
10/19/2009    DED     Deduction-CLR-12172002 D        (   15.00)             15.00
10/26/2009    CRS     CRS SAL ORD #3317400SRCI        (   14.97)              0.03
10/30/2009    DED     Deduction-FDISA-04112003 D      (    0.03)              0.00
11/30/2009    COPA    Copy Advance                        11.40             11.40
11/30/2009    COP     SRCI Copy Debt                  (   11.40)              0.00
12/01/2009    DED     Deduction-CLR-12172002 D        (   15.00)        (    15.00)
12/01/2009    DED     Deduction-CLR-12172002 D            15.00              0.00
12/01/2009    DEP     KATHRYN SMITH                       30.00             30.00
12/02/2009    COPS    SRCI Copy Sales                 (   12.60)             17.40
12/03/2009    COPS    SRCI Copy Sales                 (    1.20)             16.20
12/07/2009    CRS     CRS SAL ORD #3370432SRCI        (   15.60)              0.60
12/09/2009    DED     Deduction-CLR-12172002 D        (    5.00)        (     4.40)
12/09/2009    DEP     2009 SRCI FLAG FOOTBALL TOURN       10.00              5.60
12/09/2009    DED     Deduction-CLR-12172002 D             5.00             10.60

         TRANSACTION DESCRIPTIONS --        RESERVE OPTICAL  SUB-ACCOUNT

DATE          TYPE    TRANSACTION DESCRIPTION    TRANSACTION AMT         BALANCE
```

CERTIFIED TO BE A TRUE COPY
SIGNED _C Roberts_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE  12/11/09