

02-16-10

1.  
2. HON. PAUL PAPAK
3.
4. RE: CASE NO. 3:10-CV-04-PK
5.
6. I AM PLAINTIFF IN THE
7. ABOVE LISTED CASE NUMBER. I AM
8. WRITING IN REGARDS TO A CONCERN
9. OF MINE. IN THE 42 U.S.C. §1983
10. PACKETS DISTRIBUTED, THERE, IN THE
11. BODY OF THOSE PACKETS, IS NO
12. REFRENCE TO "JURISDICTION". I, OF
13. COURSE FOLLOWED THE PRO SE PACKET
14. BUT AM CONCERNED THAT THE
15. COURT OR OTHER PARTIES MIGHT
16. VIEW THIS AS A DEFECT ON THE
17. FACE OF MY CLAIM. SO, THE
18. QUESTION I HAVE IS: WILL THE
19. COURTS NEED ME TO AMEND MY
20. COMPLAINT TO INCLUDE JURISDICTION,
21. OR HAVE I SATISFIED JURISDICTION
22. BY ANSWERING THAT THIS SUIT
23. IS BASED ON JURISDICTION UNDER
24. 28 U.S.C. 1331 ON MY INITIAL

Page 1 of 2

1. JS 447 (CIVIL COVER SHEET)
2.
3. I THANK YOU FOR YOUR TIME
4. AND APOLOGIZE FOR ANY INCONVEN-
5. IENCE CAUSED BY THIS LETTER.
6. SINCERELY,
7. PLAINTIFF
8. CHRISTIAN J. SMITH
9. 12657771/SRCI
10. 777 STANTON BLVD
11. ONTARIO, ORE. 97914

Page 2 of 2