FILED' 10 MAR 31 9:49 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTIAN JAMES SMITH,

      Plaintiff,

v.

DETECTIVE KEVIN HILL, DETECTIVE
MICHAEL BENNETT, MAREN SUBER,
KATHRYN SMITH, and JOHN DOE,

      Defendants.

CV. 10-04-PK

JUDGMENT

BROWN, District Judge.

Based on the Record,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED without prejudice to plaintiff's right to re-file this action should he succeed in invalidating his underlying conviction on appeal or through a habeas corpus proceeding. Pending motions, if any, are DENIED AS MOOT.

DATED this 30th day of March, 2010.

                                         /s/ Anna J. Brown
                                         Anna J. Brown
                                         United States District Judge

1 - JUDGMENT